Juan **VALDEZ,** Plaintiff—Appellant,

v.

**FEDERAL BUREAU OF PRISONS; Harrell Watts; Harley G. Lappin; Bobby Shearin; Michael R. Muir; Jeffrey Baney; John Shockey,** Defendants—Appellees.

No. 05–7495.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 2, 2006.

Juan Valdez, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, James A. Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juan Valdez appeals the district court's order denying his *Bivens* * action. We have reviewed the record and find no re-

---

* *Bivens v. Six Unknown Named Agents of the Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

versible error. Accordingly, we affirm on the reasoning of the district court. *See Valdez v. Federal Bureau of Prisons*, No. CA–04–2225–DKC (D.Md. Aug. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*